United States District Court for the District of South Dakota
[insert name of court]

Eric Harcey #5415           )
                            )
                            )   Case No. 21-4071
        v.                  )
                            )
see attached, Multiple Defendant )
                            )

## DECLARATION OF INMATE FILING

I am an inmate confined in an institution. On __4/15/21__ [insert date], I deposited the __Complaint for a Violation of Civil Rights__ [insert title of document: for example "notice of appeal" or "petition for rehearing/rehearing en banc"] in this case in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Sign your name here: _____

Print your name here: __Eric Harcey__

Date Signed: __4/15/21__

[*Note to inmate filers:* If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).]

12/01/2018 SCC